KELECHI CHARLES EMEZIEM, CSB #159652
**EMEZIEM & OGBU, LLP**
5801 CHRISTIE AVENUE, SUITE 350
EMERYVILLE, CA 94608
TEL. 510-595-7424
FAX: 510-595-7353
E-MAIL: Advocate@eo-law.com

Attorney for Plaintiff,
LARRY MONTGOMERY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY MONTGOMERY,** | **CASE NO: C04-01367 SC** |
| Plaintiff, | |
| V. | **PLAINTIFF'S REQUEST FOR DISMISSAL** |
| **PINKERTON'S INC., AMERICAN PROTECTIVE SERVICES, INTERNATIONAL UNION OF SECURITY OFFICERS, SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 24/7, DOES 1 TO 100,** | **ORDER** |
| Defendants. | |

_____/

TO ALL PARTIES AND THE CLERK OF COURT:

Plaintiff, LARRY MONTGOMERY, requests that the complaint filed in this action be dismissed with prejudice as to all parties and all causes of action because the parties have settled this case.

Dated: January 11, 2006                     **Respectfully submitted,**

                                            **EMEZIEM & OGBU, LLP**

                                            _____
                                            KELECHI C. EMEZIEM, ESQ.
                                            Attorney for Plaintiff

[STAMP: GRANTED — Judge Samuel Conti — 1/12/06 — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

1
2          **<u>ORDER APPROVING REQUEST FOR DISMISSAL</u>**
3          IT IS HEREBY ORDERED that this case is dismissed.
4
5          Dated: January ___, 2006.
6                                                          _____
7                                                          Judge of the District Court